**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| David J. Benak,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Joe Arpaio, et al.,<br><br>　　　　Defendants. | No. CIV 06-0015-PHX-PGR (DKD)<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion to Have Defendants Served at New Address, and Consideration for Extension of Time Limit to Serve (Doc. #11). On March 29, 2006, the service packets upon Defendants Salmon and Pam were returned unexecuted with the notation: "Per MCSO legal liaison, process not excepted [sic] for correctional health employees at the above provided address" (Doc. #9 and #10). Plaintiff indicates that he has obtained new addresses for service of Defendants Salmon and Pam. Accordingly,

**IT IS HEREBY ORDERED** granting Plaintiff's Motion to Have Defendants Served at New Address, and Consideration for Extension of Time Limit to Serve (Doc. #11).

**IT IS FURTHER ORDERED** directing the Clerk of the Court send service packets as to Defendant Salmon and Pam to Plaintiff. The time for completing service shall be extended sixty (60) days from the date this Order is filed.

DATED this 12th day of April, 2006.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　David K. Duncan
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge