**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Jay Benak,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Joe Arpaio, et al.,<br><br>　　　　Defendants. | No. CIV 06-0015-PHX-PGR (DKD)<br><br>**ORDER** |

　　　　It appearing to the Court that Plaintiff's Motion for Reconsideration of Dismissal (Doc. #5), filed February 16, 2006, is now ready for the Court's consideration,

　　　　**IT IS THEREFORE ORDERED** withdrawing the reference to the current Magistrate Judge as to the Motion for Reconsideration of Dismissal (Doc. #5). All other matters shall remain before the Magistrate Judge for disposition as appropriate.

　　　　DATED this 10th day of May, 2006.

　　　　　　　　　　　　　　　　　　　　　Paul G. Rosenblatt
　　　　　　　　　　　　　　　　　　　　　United States District Judge