**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Jay Benak,<br><br>          Plaintiff,<br><br>    vs.<br><br>Joe Arpaio, et al.,<br><br>          Defendants. | No. CV-06-0015-PHX-PGR (DKD) |
| Ryan Wesley Buckman,<br><br>          Plaintiff,<br><br>    vs.<br><br>Joe Arpaio, et al.,<br><br>          Defendants. | No. CV-06-1500-PHX-DGC (JJM)<br><br><br><br><u>ORDER</u> |

Pending before the Court is plaintiff Buckman's Motion to Join Plaintiff[']s Complaints, filed December 11, 2006 . In his motion, which the Court construes as being filed pursuant to Fed.R.Civ.P. 42(a), Mr. Buckman seeks to consolidate his action, CV-06-1500-PHX-DGC (JJM), with an earlier action filed by fellow inmate David Benak in CV-06-0015-PHX-PGR (DKD). Given that Rule 42(a) sets

1 forth no situations in which consolidation must be granted and given that the
2 defendants in Mr. Buckman's case are currently seeking to dismiss the remaining
3 portion of his complaint for his alleged failure to exhaust administrative remedies,
4 the Court finds that the motion to consolidate should be denied.  *See* Investors
5 Research Co. v. United States District Court for Central District of California, 877
6 F.2d 777, 777 (9th Cir. 1989) ("The district court has broad discretion under [Rule
7 42(a)] to consolidate cases pending in the same district.")  Therefore,

IT IS ORDERED that plaintiff Buckman's Motion to Join Plaintiff[']s Complaints (doc. #26 in CV-06-0015-PHX-PGR (DKD) and doc. #14 in CV-06-1500-PHX-DGC (JJM)) is denied.

DATED this 9th day of January, 2007.

Paul G. Rosenblatt
United States District Judge

- 2 -